IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION


VINCENT M. COOPER                                              PETITIONER


vs.                     Civil Case No. 5:07CV00046 HLJ


LARRY NORRIS, Director,
Arkansas Department of Correction                             RESPONDENT


<u>ORDER</u>

In light of the fact that the court has recently appointed counsel for Petitioner, the time for filing objections is hereby extended to March 31, 2008.

SO ORDERED this 29th day of February, 2008.


_____
United States District Judge