IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

VINCENT M. COOPER                                                              PETITIONER

vs.                    Civil Case No. 5:07CV00046 HLJ

LARRY NORRIS, Director,
Arkansas Department of Correction                                              RESPONDENT

ORDER

Counsel for Petitioner is hereby granted an extension of thirty (30) days from the date of this Order in which to file objections to the partial recommended disposition entered on February 28, 2008, and to file an amended petition. Petitioner's pro se motions to amend (DE # 22 and # 26) are hereby granted. Petitioner's pro se "Motion for Court Order to Compel Defendant to Release Document" (DE # 25) and "Motion for Writ of Certiorari to Release Document" (DE # 27) are hereby denied without prejudice to Petitioner's right to have counsel reassert the motions if counsel deems it appropriate.

SO ORDERED this 31st day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE