IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

VINCENT M. COOPER                                                                                          PETITIONER

VS.                                        CASE NO. 5:07CV00046 JMM

LARRY NORRIS, Director,
Arkansas Department of Correction                                                              RESPONDENT

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.  After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.

IT IS THEREFORE ORDERED that all of the claims in this petition, except the ineffective assistance of counsel claim in ground four and the sufficiency of the evidence claim in ground three be, and they are hereby, dismissed with prejudice. Petitioner's motions to amend (DE #'s 22 & 26) are hereby granted.  All other pending motions are denied.

SO ORDERED this 19th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE